DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AARON MOHANLAL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1071

[July 22, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy L. Bailey, Judge; L.T. Case No. 04-20405CF10A.

Aaron Mohanlal, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. Champagne v. State,* 269 So. 3d 629, 636 (Fla. 2d DCA 2019).

MAY, CIKLIN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***